UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANISSA WELCH, | ) | |
| | ) | |
| Plaintiff, | ) | No. 19 C 7489 |
| | ) | |
| v. | ) | Judge Valderrama |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Magistrate Judge Weisman |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

The parties, by their attorneys, submit the following joint status report in this Federal Tort Claims Act medical malpractice case in accordance with the court's minute entry of June 9, 2021 (Dkt. 45):

**(a) Progress of discovery:** The court's minute entry of June 9, 2021, sets a fact discovery cut-off of July 16, 2021. In accordance with the court's minute entry, the parties have completed fact discovery.

**(b) Settlement:** The parties would like to participate in a settlement conference with Magistrate Judge Weisman now that fact discovery has been completed.

**(c) Expert discovery:** To allow the parties to focus on preparing for the settlement conference and exploring a potential resolution of this case, and to conserve judicial and party resources, the parties propose that they wait until after the settlement conference to set an expert discovery schedule if the case does not resolve. Generally speaking, the parties anticipate that an expert discovery schedule would entail the disclosure of experts by plaintiff and a period of time to depose those experts, followed by the same sequence for experts retained by the United States. If the court would prefer to set an expert discovery schedule at this point, the parties will promptly

submit specific dates upon request.

    **(d) Status hearing:** A status hearing is currently set for July 20, 2021, at 9:15 a.m.

    Respectfully submitted,

    JOHN R. LAUSCH, Jr.
    United States Attorney

    By:  s/ Abraham J. Souza
        ABRAHAM J. SOUZA
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 353-1857
        abraham.souza@usdoj.gov

    Counsel for Plaintiff:

    s/ Terrance M. Nofsinger
    TERRANCE M. NOFSINGER
    McNabola & Associates, LLC
    161 North Clark Street, Suite 2550
    Chicago, Illinois 60601
    (312) 888-7000
    terry@injuryillinois.com