UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Anissa Welch
        Plaintiff,

v.                                          Case No.: 1:19–cv–07489
                                           Honorable Franklin U. Valderrama

The United States of America
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 7, 2022:

      MINUTE entry before the Honorable M. David Weisman: Magistrate status hearing held. Parties appeared telephonically. A telephonic settlement conference is set for 2/14/2022 at 10:30a.m. Plaintiff's settlement letter shall be delivered to defendant by 1/31/2022. Defendant's response shall be delivered to plaintiff by 2/07/2022. The parties must also submit their respective documents by email to Proposed_Order_Weisman@ilnd.uscourts.gov. Please note that settlement letters are not to be filed on the CM–ECF system. Each party must have a conference call number available for use during the settlement conference. Parties shall confer and send ONE email to Weisman_Chambers@ilnd.uscourts.gov by 2/07/2022 providing the Court with a conference call number to use for all parties during the settlement conference. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.